**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OSCAR NOEL MENJIVAR GUARDADO,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 07-72642<br><br>Agency No. A075-526-638<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Oscar Noel Menjivar Guardado, a native and citizen of El Salvador, petitions

for review of the Board of Immigration Apppeals' ("BIA") order denying his

motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

/Research

§ 1252. Reviewing for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Menjivar Guardado's motion to reopen because the motion was filed more than 3 years after the BIA's June 30, 2003, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Menjivar Guardado failed to demonstrate that he acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling is available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

In light of this disposition, we do not consider Menjivar Guardado's remaining contentions.

**PETITION FOR REVIEW DENIED.**